UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
10613 U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

January 6, 2012

**GREGORY J. GORSKI**
FRANCIS & MAILMAN
LAND TITLE BUILDING
100 SOUTH BROAD STREET
19th FLOOR
PHILADELPHIA, PA 19110

RE:   Seamans v. Temple University
Civil Action No. 11-6774

Dear Mr. Gorski:

A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the complaint.

If such a pleading is not filed by the above named defendant on or before January 13, 2012 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by January 18, 2012 the Court will enter an order dismissing the case against the above named defendant for lack of prosecution.

Very truly yours,

Eileen Adler
Deputy Clerk to Judge Dalzell

**\*\*ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR COURT APPROVAL.**

Civ 21 (10/82)