```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

EDWARD M. SEAMANS             :            CIVIL ACTION
                              :
v.                            :
                              :
TEMPLE UNIVERSITY             :            NO. 11-6774

<u>ORDER</u>

AND NOW, this 25th day of October, 2012, upon consideration of plaintiff Edward M. Seamans's complaint (docket entry # 1), defendant Temple University's answer to complaint (docket entry # 7), defendant's motion for summary judgment (docket entry # 14), plaintiff's response in opposition thereto (docket entry # 16), and defendant's reply in support of its motion (docket entry # 17), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

  1. Defendant Temple University's motion for summary judgment (docket entry # 14) is GRANTED;

  2. Count I, the sole count in the Complaint, is DISMISSED WITH PREJUDICE;

  3. The Clerk of Court shall CLOSE this case statistically.

         BY THE COURT:

         /s/ Stewart Dalzell, J.