IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD M. SEAMANS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY | : | NO. 11-6774 |

<u>ORDER</u>

AND NOW, this 14th day of August, 2014, upon consideration of the epistolary report that the "parties have agreed to participate in a private proceeding before former Magistrate Judge Joel Rosen to resolve this matter", which is "currently scheduled for October 21, 2014", it is hereby ORDERED that:

1.      The Clerk shall TRANSFER this matter from the Court's Active Docket to its Civil Suspense Docket pending the outcome of the private mediation; and

2.      By noon on October 31, 2014, the parties shall ADVISE the Court in writing as to the status of their dispute resolution efforts.

BY THE COURT:


 _/s/ Stewart Dalzell, J.
Stewart Dalzell, J.